Form defntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Jeannette M Conrad
1111 Erie Street
Unit 1
Oak Park, Il 60302
SSN: xxx–xx–5663 EIN: N.A.

Case No. : 13–41016
Chapter : 7
Judge : Timothy A. Barnes

---

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:
Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient:

- ☐ Petition 1st 3 pages
- ☐ Exhibit D
- ☑ Statement of Social Security Numbers
- ☑ List of Name and Addresses of All Creditors/Creditor Matrix
- ☐ Fees Due
- ☑ Application and Order to Pay Filing Fees in Installments
- ☐ Application to Proceed In Forma Pauperis
- ☐ Certification of Relatedness (applicable to related cases)

For additional information, please access the court's website at www.ilnb.uscourts.gov/forms and select B 200, Required List, Schedules, Statements and Fees.

If you are represented by an attorney, please contact your attorney for guidance.
If you have any questions about the deficiency, please call 312–408–5000.

FOR THE COURT

Dated: October 21, 2013

Kenneth S. Gardner, Clerk
United States Bankruptcy Court