Form defntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jeannette M Conrad  
1111 Erie Street  
Unit 1  
Oak Park, Il 60302  
SSN: xxx–xx–5663 EIN: N.A.

Case No. :   13–41016  
Chapter :   7  
Judge :   Timothy A. Barnes

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:  
Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient:

- ☐ Petition 1st 3 pages

- ☐ Exhibit D

- ☑ Statement of Social Security Numbers

- ☑ List of Name and Addresses of All Creditors/Creditor Matrix

- ☐ Fees Due

- ☑ Application and Order to Pay Filing Fees in Installments

- ☐ Application to Proceed In Forma Pauperis

- ☐ Certification of Relatedness (applicable to related cases)

For additional information, please access the court's website at www.ilnb.uscourts.gov/forms and select B 200, Required List, Schedules, Statements and Fees.

If you are represented by an attorney, please contact your attorney for guidance.  
If you have any questions about the deficiency, please call 312–408–5000.

FOR THE COURT

Dated: October 21, 2013

Kenneth S. Gardner, Clerk  
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 13-41016-TAB
Jeannette M Conrad                                              Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: sward              Page 1 of 1             Date Rcvd: Oct 22, 2013
                              Form ID: def             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2013.
db        +Jeannette M Conrad,    1111 Erie Street,   Unit 1,   Oak Park, Il 60302-1904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2013 at the address(es) listed below:
              Horace Fox, JR    foxhorace@aol.com,  hf@trustesolutions.net;hf@trustesolutions.com
              Jeannette M Conrad    on behalf of Debtor Jeannette M Conrad jmconradlaw@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3