UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-41016 |
| Jeannette M. Conrad, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISMISSING CASE FOR FAILURE TO FILE
DOCUMENTS REQUIRED UNDER SECTION 521(a)(1)**

This case is before the Court on the United States Trustee's motion under 11 U.S.C. § 521(a)(1) to dismiss the case. After due notice and a hearing, the Court orders that this case is dismissed.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 04, 2013

**Prepared by:**

Dean C. Harvalis, Attorney
Office of the U.S. Trustee
219 S. Dearborn St.  Room 873
Chicago,  IL  60604