Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 13−41016
Chapter: 7
Judge: Timothy A. Barnes

In Re:
   Jeannette M Conrad
   1111 Erie Street
   Unit 1
   Oak Park, Il 60302

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5663

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on December 4, 2013

FOR THE COURT

Dated: December 4, 2013
                Kenneth S. Gardner , Clerk
                United States Bankruptcy Court